IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Warren Gray, Paula M

Printed: 5/20/08

Case Number: 04 B 25576
Judge: Wedoff, Eugene R
Filed: 7/8/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: May 16, 2008
Confirmed: October 14, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 7,560.00 |  |
| Secured: |  | 4,115.58 |
| Unsecured: |  | 650.97 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,400.00 |
| Trustee Fee: |  | 393.45 |
| Other Funds: |  | 0.00 |
| Totals: | 7,560.00 | 7,560.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,400.00 | 2,400.00 |
| 2. | Mortgage Electronic Registration Sys | Secured | 0.00 | 0.00 |
| 3. | Mortgage Electronic Registration Sys | Secured | 4,115.58 | 4,115.58 |
| 4. | RMI/MCSI | Unsecured | 10.09 | 17.83 |
| 5. | Nicor Gas | Unsecured | 17.03 | 32.35 |
| 6. | Jefferson Capital | Unsecured | 142.47 | 270.63 |
| 7. | RoundUp Funding LLC | Unsecured | 110.60 | 210.10 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 10.00 | 18.99 |
| 9. | Dominick's Finer Foods | Unsecured | 26.00 | 45.81 |
| 10. | RoundUp Funding LLC | Unsecured | 29.09 | 55.26 |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | F & M Bank | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 15. | Consumer Installment Lenders | Unsecured | | No Claim Filed |
| 16. | First National Bank Of Marin | Unsecured | | No Claim Filed |
| 17. | Kmart Corp | Unsecured | | No Claim Filed |
| 18. | H & M Builders, Inc | Unsecured | | No Claim Filed |
| 19. | Jewel Food Stores | Unsecured | | No Claim Filed |
| 20. | Kmart Corp | Unsecured | | No Claim Filed |
| 21. | Witvoet Plumbing Inc | Unsecured | | No Claim Filed |
| 22. | Brylane Home | Unsecured | | No Claim Filed |
| 23. | Village of South Holland | Unsecured | | No Claim Filed |
| 24. | Value City | Unsecured | | No Claim Filed |
| 25. | Village of Phoenix | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Warren Gray, Paula M

Printed:  5/20/08

Case Number:  04 B 25576
Judge:  Wedoff, Eugene R
Filed:  7/8/04

26.  Household Bank FSB          Unsecured                              No Claim Filed

                                      _____        _____
                                      $ 6,860.86        $ 7,166.55

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 94.90 |
| 4% | 25.20 |
| 3% | 19.20 |
| 5.5% | 112.75 |
| 5% | 32.00 |
| 4.8% | 50.40 |
| 5.4% | 59.00 |
|  | _____ |
|  | $ 393.45 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____